Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

OCTOBER 4, 1965

No. 69583.—APPEAL 5167.—Hoyt, Shepston & Sciaroni and S. Blondheim & Co. *v.* United States.—■ ■C.D. 2426 affirmed June 24, 1965. C.A.D. 865.

No. 69584.—APPEAL 5207.—A. Zerkowitz & Co., Inc. *v.* United States.—■ —C.D. 2525. Appeal dismissed August 4, 1965.

OCTOBER 7, 1965

No. 69585.—APPEAL 5157.—United States *v.* Fred Frankel & Sons.—■ —Abstract 67981 reversed May 6, 1965. C.A.D. 862.

BEFORE THE SECOND DIVISION, OCTOBER 11, 1965

No. 69586.—Arthur J. Fritz & Co. and Sinclair Paint Co. of L.A. et al. *v.* United States, protests 63/11108, etc. (Los Angeles).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

No. 69587.—Victor England Ag., Inc., et al. *v.* United States, protests 64/19204, etc. (Los Angeles).